**MEMO ENDORSED**



# COZEN O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

16TH FLOOR    45 BROADWAY    NEW YORK, NY 10006-3792    212.509.9400    800.437.7040    212.509.9492 FAX    www.cozen.com

RECEIVED CHAMBERS OF
MAY 20 2008
PETER K. LEISURE
USDJ/SDNY

David Y. Loh
Direct Phone 212-908-1202
Direct Fax    866-790-1914
dloh@cozen.com

May 14, 2008

The Honorable Peter K. Leisure
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

    Re:   *Hanover Ins. Co. as assignee of Stonyfield Farms*
           *v. Dingxi Longhai Dairy, et al.*
           Docket No. 08 Civ. 3146 (PKL)
           Our File No.:   213570

Dear Judge Leisure:

    We are attorneys representing plaintiff HANOVER INSURANCE COMPANY as assignee of Stonyfield Farms in the above captioned matter.

    We write to respectfully request that the May 22nd initial pretrial conference be adjourned approximately sixty (60) days to Tuesday, July 22nd at 10:00 a.m. The reason for the adjournment is that we require additional time to properly serve DINGXI LONGHAI DAIRY CO., LTD. under Rule 4. Defendant DINGXI is located in Gansu province in China and we may have to rely upon the Chinese Central Authority for assistance.

    We are in contact with counsel for the HATSU MARINE and EVERGREEN defendants who have no objection to the above request.

    We thank the Court for its attention and courtesies, and remain,

Respectfully,

COZEN O'CONNOR

*[signature]*

By:   David Y. Loh

DYL/ncb
cc: Paul M. Keane, Esq.

*The pretrial status conference is hereby adjourned to July 30, 2008 at 10:00 a.m.*

SO ORDERED

*[signature]*
USDJ 5/20/08