9133/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendants*
HATSU MARINE LIMITED
EVERGREEN MARINE (UK) LIMITED
EVERGREEN MARINE CORP. (TAIWAN) LTD.
EVERGREEN MARINE CORP.
EVERGREEN SHIPPING AGENCY (AMERICA) CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANOVER INSURANCE COMPANY, as assignee of Stonyfield Farm, Inc.<br><br>Plaintiffs,<br><br>- against -<br><br>DINGXI LONGHAI DAIRY CO. LTD.; HATSU MARINE LIMITED; EVERGREEN MARINE (UK) LIMITED; EVERGREEN MARINE CORP. (TAIWAN) LTD.; EVERGREEN MARINE CORP.; EVERGREEN SHIPPING AGENCY (AMERICA) CORP.,<br><br>Defendants. | 08 CV 3146 (Judge Leisure)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for HATSU MARINE LIMITED; EVERGREEN MARINE (UK) LIMITED; EVERGREEN MARINE CORP. (TAIWAN) LTD.; EVERGREEN MARINE CORP.; EVERGREEN SHIPPING AGENCY (AMERICA) CORP. certifies that upon

information and belief these Defendants have no corporate parents, subsidiaries, or affiliates which are publicly held other than Eva Airways.

Dated: New York, New York
      May 22, 2008

                              CICHANOWICZ, CALLAN, KEANE,
                              VENGROW & TEXTOR, LLP
                              61 Broadway, Suite 3000
                              New York, New York 10006
                              *Attorneys of Defendant*
                              EVERGREEN MARINE CORP. (Taiwan) LTD.

                  By:    s/ Paul M. Keane
                          Paul M. Keane (PMK-5934)