UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANOVER INSURANCE COMPANY as assignee of Stonyfield Farm, Inc.,

Plaintiff,

- against -

DINGXI LONGHAI DAIRY CO. LTD., HATSU MARINE LIMITED, EVERGREEN MARINE (UK) LIMITED, EVERGREEN MARINE CORP. (TAIWAN) LIMITED, EVERGREEN MARINE CORP., and EVERGREEN SHIPPING AGENCY (AMERICA) CORP.,

Defendants.

DINGXI LONGHAI DAIRY CO. LTD.,

Third-Party Plaintiff,

- against -

BECWOOD TECHNOLOGY GROUP LLC,

Third-Party Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/09

**ORDER**

08 Civ. 3146 (PKL)

**LEISURE, District Judge:**

In light of Dingxi Longhai Dairy Co. Ltd.'s Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of its third-party complaint against Becwood Technology Group LLC ("Becwood"), filed on July 14, 2009 (Dkt. No. 33), Becwood's motion to dismiss the third-party complaint against it, filed on April 22, 2009 (Dkt. Nos. 24-31), is hereby rendered MOOT.

**SO ORDERED.**
New York, New York
July 16, 2008

_____
U.S.D.J.